# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  
    MICHAEL L VASSER  
    LASHAWN S BURTON VASSER  
    Debtor(s)

Case No. 13-01842

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/17/2013, and was converted to chapter 13 on 01/17/2013.

2) The plan was confirmed on 05/02/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/18/2015, 11/14/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/12/2017.

6) Number of months from filing to last payment: 56.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,616.39.

10) Amount of unsecured claims discharged without payment: $120,461.22.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,380.00 |
| Less amount refunded to debtor | $1.69 |
| **NET RECEIPTS:** | **$29,378.31** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,270.68 |
| Other | $35.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,805.68** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT SECURITY SERVICES | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 2,103.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 1,710.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 957.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 796.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| AMERISTAR FINANCIAL CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK NA | Secured | 7,091.07 | NA | 7,091.07 | 7,091.07 | 309.38 |
| BRITTANY WOODS | Unsecured | 2,342.00 | NA | NA | 0.00 | 0.00 |
| BRITTANY WOODS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 8,619.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BURBANK | Unsecured | 250.00 | 250.00 | 250.00 | 25.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 435.00 | 894.70 | 894.70 | 89.47 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,700.00 | 394.12 | 4,394.12 | 439.41 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 926.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 1,704.17 | 1,704.17 | 170.42 | 0.00 |
| DIRECTV | Unsecured | NA | 625.36 | 625.36 | 62.54 | 0.00 |
| DISH NETWORK | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 12,228.00 | 11,934.51 | 11,934.51 | 1,193.45 | 0.00 |
| EAST BAY FUNDING | Unsecured | 0.00 | 673.60 | 673.60 | 67.36 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | Unsecured | 8,619.70 | 8,412.79 | 8,412.79 | 841.28 | 0.00 |
| EAST BAY FUNDING | Unsecured | 226.00 | 681.04 | 681.04 | 68.10 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,257.00 | 2,214.51 | 2,214.51 | 221.45 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ROOM PROVIDERS | Unsecured | 1,262.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY ROOM PROVIDERS | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Secured | 6,495.61 | 11,713.55 | 7,983.35 | 7,983.35 | 1,648.97 |
| FLEX PAY PLUS | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| GARDEN PARK COMMUNITY HOSP | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| GEMB WALMART | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| GULFPORT EMERGENCY PHYS | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | 2,039.04 | 2,039.04 | 2,039.04 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 425.00 | 444.63 | 444.63 | 44.46 | 0.00 |
| ISAC | Unsecured | 4,177.48 | 5,893.51 | 5,893.51 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 384.00 | 0.00 | 383.60 | 38.36 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 383.60 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 461.00 | 461.29 | 461.29 | 46.13 | 0.00 |
| MAGES & PRICE | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | 491.02 | 491.02 | 49.10 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| MERCY PHYSICIAN BILLING | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| MIDAMERICA CARDIOVASCULAR | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 290.00 | 314.22 | 314.22 | 31.42 | 0.00 |
| NORTH SHORE RADIOLOGICAL | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 608.57 | 875.69 | 875.69 | 87.57 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 5,318.00 | 5,318.22 | 5,318.22 | 531.82 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,782.00 | 2,833.08 | 2,833.08 | 283.31 | 0.00 |
| PREMIER BANK CARD | Unsecured | 819.00 | 879.46 | 879.46 | 87.95 | 0.00 |
| PREMIER BANK CARD | Unsecured | 308.00 | 305.96 | 305.96 | 30.60 | 0.00 |
| SEARS ROEBUCK & CO | Unsecured | 2,804.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| STONY ISLAND AUTOMOTIVE | Secured | 1,075.99 | NA | 1,075.99 | 1,075.99 | 15.63 |
| U OF TEXAS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | 20,791.47 | 20,791.47 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 10,250.00 | 20,791.47 | 20,791.47 | 0.00 | 0.00 |
| VILLAGE OF BURNHAM | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF UNIVERSITY PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY PHYS | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,074.42 | $15,074.42 | $1,958.35 |
| All Other Secured | $1,075.99 | $1,075.99 | $15.63 |
| **TOTAL SECURED:** | **$16,150.41** | **$16,150.41** | **$1,973.98** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $2,039.04 | $2,039.04 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,039.04** | **$2,039.04** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$91,568.42** | **$4,409.20** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,805.68 |
| Disbursements to Creditors | $24,572.63 |
| **TOTAL DISBURSEMENTS :** | **$29,378.31** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/07/2018                    By: /s/ Tom Vaughn
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**